IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RODERICK HACKWORTH,       )
                          )
           Plaintiff,     )
                          )
     v.                   )     1:24CV883
                          )
PACCAR INC., et al.,      )
                          )
           Defendants.    )

## ORDER

On August 28, 2025, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Defendant objected to the Recommendation. (Doc. 28.) Plaintiff filed a response to Defendant's objection. (Doc. 29.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that that this action be REMANDED to the North Carolina General Court of Justice, Superior Court Division, Durham, North Carolina, pursuant to 28 U.S.C. § 1447(c). As a result of this determination, the court need not reach

Defendant's motion to dismiss (Doc. 15) and Plaintiff's motion for extension of time to file a surreply (Doc. 24).

                                                /s/   Thomas D. Schroeder
                                              United States District Judge

September 29, 2025